IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

Roger Beckett,

      Plaintiff,

vs                                                Case No. 2:23-cv-520

KHB Lonestar LLC,

      Defendant.

## CERTIFICATE OF MAILING BY CLERK

**Certified mail service** has been done by the Clerk, U.S. District Court on March 7, 2023. A copy of the Complaint and issued Summons were sent to the following locations:

KHB LONESTAR LLC
c/o Registered Agent Solutions, Inc.
Registered Agent
4568 Mayfield Road, Suite 204
Cleveland, OH  44121
(7021 1970 0000 0636 8608)
&
KHB LONESTAR LLC
43031 Industrial Park Road
Cadiz, OH  43907
(7021 1970 0000 0636 8615)

**Richard W. Nagel, Clerk**

By: /s/Valerie Brown
Deputy Clerk