CERTIFIED MAIL

U.S.
Attn:
85 Marconi Blvd.
Columbus, OH 43215

UTF

7021 1970 0000 0636 8615

PITNEY BOWES
$10.20
US POSTAGE
FIRST-CLASS
026W0004897811
2000122139
ZIP 43229
MAR 02 2023

NIXIE  152  DE 1  0003/17/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 43215282399  2099N076175-00723

FILED
RICHARD W. NAGEL
CLERK OF COURT
2023 MAR 23 PM 12:39
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

KHB LONESTAR LLC
43031 Industrial Park Road
Cadiz, Ohio 43907

X-RAY
United States Marshals Service

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KHB LONESTAR LLC
43031 Industrial Park Road
Cadiz, Ohio 43907

9590 9402 7962 2305 6014 78

2. Article Number (Transfer from service label)

7021 1970 0000 0636 8615

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:23-cv-520 JLG-KAJ

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 20    Domestic Return Receipt